Eric D. Freed (efreed@cozen.com)
Joseph Ziemianski (jziemianski@cozen.com)
Abby Sher (asher@cozen.com)
Ethan Price-Livingston (eprice-livingston@cozen.com)
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, New York 10006

*Attorneys for Defendant*
*Great Northern Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SCHJS, LLC,

                    Plaintiff,

      v.

HISCOX INSURANCE COMPANY INC. and
GREAT NORTHERN INSURANCE COMPANY

                    Defendants.
_____

**DEFENDANT GREAT NORTHERN INSURANCE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

No. 20-CV-1299 (RA)

Defendant, Great Northern Insurance Company ("Great Northern"), by and through its undersigned counsel, hereby discloses as follows:

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Great Northern (a private non-governmental party) certifies that Great Northern Insurance Company is a wholly owned subsidiary of Federal Insurance Company. Federal Insurance Company is a wholly owned subsidiary of Chubb INA Holdings Inc. Chubb INA Holdings Inc. is owned 80% by Chubb Group Holdings Inc. and 20% by Chubb Limited. Chubb Group Holdings Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited is publicly traded on the New York Stock Exchange (Symbol CB). No publicly held corporation owns 10% or more of the stock of Chubb Limited.

Dated: March 25, 2020

Respectfully Submitted,

COZEN O'CONNOR

*/s/ Ethan Price-Livingston*
Ethan Price-Livingston (EP0853)
Eric D. Freed *(Admitted Pro Hac Vice)*
Abby Sher *(Admitted Pro Hac Vice)*
Joseph Ziemianski *(Admitted Pro Hac Vice)*
45 Broadway, 16th Floor
New York, New York 10006
Telephone: (212) 453-3816
Facsimile: (917) 512-4535
*Attorneys for Defendant,*
*Great Northern Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SCHJS, LLC, | : |
| Plaintiff, | : |
|  | : No. 20-CV-1299 (RA) |
| v. | : |
| HISCOX INSURANCE COMPANY INC. and GREAT NORTHERN INSURANCE COMPANY | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020 I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GREAT NORTHERN INSURANCE COMPANY with the United States District Court Southern District of New York by using the CM/ECF system with a copy served upon all Counsel of Record.

Dated: March 25, 2020            */s/ Ethan Price-Livingston*
                                 Ethan Price-Livingston