# McKool Smith

| | |  |
|---|---|---|
| Robin L. Cohen<br>Direct Dial: (212) 402-9801<br>rcohen@McKoolSmith.com | One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, NY 10001-8603 | Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

November 24, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    SCHJS LLC v. Hiscox Insurance Co. Inc. et al, No. 20 Civ. 1299 (RA)

Dear Judge Abrams:

      We represent Plaintiff SCHJS LLC in the above-captioned matter. We write jointly with Defendants Hiscox Insurance Company Inc. and Great Northern Insurance Company to request an adjournment of the December 4, 2020 status conference until after March 15, 2021 and an extension of the remaining discovery deadlines in the Court's April 28, 2020 Case Management and Scheduling Order (ECF No. 40) as set forth below. The reason for the adjournment and extension request is because the parties have agreed to attend mediation with a private mediator on December 21, 2020 to attempt to settle the matter without further court intervention. This is the parties' first request for an adjournment or extension of the discovery deadlines.

## Proposed Revised Scheduling Order

| | Original Date | Proposed Date |
|---|---|---|
| All depositions and third-party discovery | November 30, 2020 | March 15, 2021 |
| Requests to Admit | December 14, 2020 | March 29, 2021 |
| All expert disclosures, including disclosures, reports, production of underlying documents, and depositions | February 1, 2021 | May 17, 2021 |
| All discovery | February 1, 2021 | May 17, 2021 |

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC**

November 24, 2020
Page 2

      We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          /s/ Robin L. Cohen_____
                                          Robin L. Cohen

CC:  All counsel of record

                                        Application granted.  The post discovery conference is hereby adjourned until March 19, 2021 at 2:00 p.m.  The parties shall submit a joint letter updating the Court on the status of the case by no later than March 12, 2021.

                                                                     SO ORDERED.

                                                                 _____
                                                                 Hon. Ronnie Abrams
                                                                 November 25, 2020