UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHJS LLC, | : Civil Action No.: 20-CV-1299(RA) |
| Plaintiff, | : |
| v. | : |
| HISCOX INSURANCE COMPANY INC. and GREAT NORTHERN INSURANCE COMPANY, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice against Defendant Hiscox Insurance Company Inc. and dismissed without prejudice against Defendant Great Northern Insurance Company pursuant to Fed. R. Civ. P. 41(a).  The counterclaims filed by Defendant Great Northern Insurance Company are also dismissed without prejudice.  This Stipulation may be executed in counterparts, and a copy of this fully-executed Stipulation shall have the same force and effect as the original.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 12, 2021

<table>
<tr><td>

COHEN ZIFFER FRENCHMAN &
MCKENNA LLP
*Attorneys for Plaintiff SCHJS LLC*

*[signature]*
_____

Robin L. Cohen
Kenneth H. Frenchman
Alexander M. Sugzda
1350 Avenue of the Americas, 25th Floor
New York, New York 10019
Tel: (212) 584-1890
Fax: (212) 584-1891
rcohen@cohenziffer.com
kfrenchman@cohenziffer.com
asugzda@cohenziffer.com

</td><td>

GOLDBERG SEGALLA
*Attorneys for Defendant Hiscox Insurance
Company Inc.*

*[signature]*
_____

Joseph A. Oliva
711 3rd Avenue, Suite 1900
New York, New York 10017
Tel: (646) 292-8734
Fax: (646) 292-8701
joliva@goldbergsegalla.com

</td></tr>
</table>

COZEN O'CONNOR
*Attorneys for Defendant Great Northern
Insurance Company*

*[signature]*
_____

Eric D. Freed
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-3724
Fax: (215) 701-2324
efreed@cozen.com